**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:16-CV-21147- Ungaro/Otazo-Reyes

| | |
|---|---|
| VERONICA DORADO, individually and on behalf of a class of similarly situated persons, | ) ) ) |
| Plaintiff, | ) CLASS ACTION ) JURY TRIAL ) ) |
| v. | ) ) |
| BANK OF AMERICA, N.A., | ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to S.D. Fla. L.R. 7.1(F), Michael L. Werner and The Werner Law Firm hereby move the Court for an Order authorizing their withdrawal as co-counsel for Plaintiff. In support of this Motion, Mr. Werner states that their withdrawal will not prejudice Plaintiff because Plaintiff's counsel at Bondurant, Mixson & Elmore, LLP, has, and will continue, to represent Plaintiff as lead counsel. This motion is filed with the consent of the proposed Class Representative, Veronica Dorado. A proposed order granting the instant motion is attached hereto as **Exhibit "A."**

WHEREFORE, Michael L. Werner and The Werner Law Firm respectfully request that this Honorable Court grant their motion to withdraw as counsel.

Respectfully submitted this 20th day of July 2016.

                                    BAST AMRON LLP
SunTrust International Center
One Southeast Third Avenue, Suite 1400
Miami Florida 33131
Telephone: 305.379.7904
Facsimile: 305.379.7905
Email: bamron@bastamron.com

By: */s/ Brett M. Amron*
Brett M. Amron (FBN 148342)

*Counsel for Plaintiff Veronica Dorado*

And

Michael Werner
mike@wernerlaw.com
THE WERNER LAW FIRM
2860 Piedmont Rd NE
Atlanta, GA 30305
Phone:  (404) 793-1694
Fax: (855) 873-2090

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2016, a true and correct copy of the foregoing was electronically with the Clerk of Court using CM/ECF system where available, which will provide electronic notification and service on the following parties listed on the service list below:

William K. Pao
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Allen Burton
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Alex J. Sabo
Bressler, Amery & Ross, P.C.
SunTrust International Center
One SE 3rd Avenue, Suite 1980
Miami, FL 33131

By: /s/ *Brett M. Amron*
    Brett M. Amron, Esq.