UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VERONICA DORADO,
    Plaintiff,

v.                                          Case No. 1:16-CIV-21147-UU

BANK OF AMERICA, N.A.,
    Defendant.
_____/

## ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the record and is otherwise fully advised in the premises. On March 23, 2017, the Court entered its Order Granting Final Approval of Settlement. Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _23d_ day of March, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record