UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |
|---|---|
| VERONICA DORADO,<br>    Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A.,<br>    Defendant. | ) <br>) Case No. 1:16-CV-21147-UU<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>) |

JOINT MOTION FOR ORDER
DIRECTING THE CLERK OF COURT TO RELEASE BOND

Appellant L. David McBride and Plaintiff Veronica Dorado, by and through undersigned counsel, hereby request that the Court enter an Order directing the Clerk of Court to Release Appeal Bond, and state as follows:

**WHEREAS**, on March 23, 2017, the Court entered an Order Granting Final Approval of Settlement and awarding Attorney's Fees [Docket 154], as well as an Order Requiring Appeal Bond [Docket 155];

**WHEREAS,** on April 19, 2017, Appellant McBride filed a Notice of Appeal of the award of attorney's fees [Docket 157];

**WHEREAS,** on May 2, 2017, Appellant McBride posted bond with the Clerk of the Court via check in the amount of $5,000 [Docket 159];

**WHEREAS,** on June 5, 2017, the Court of Appeals for the Eleventh Circuit granted Appellant's unopposed motion to dismiss his appeal and dismissed the appeal with prejudice with each party to bear its own costs [Docket 160];

**WHEREAS,** the necessity of the appeal bond is now moot;

The undersigned parties now respectfully request that the Court issue an order directing the Clerk of the Court to release and refund the posted $5,000 appeal bond to L. David McBride, 732 North Santa Fe Avenue, Edmond, OK 73003.

**STATEMENT AS TO CONFERRING WITH AFFECTED PARTIES**

In compliance with Rule 7.1(a)(3) of the Local Rules of the United States District Court for the Southern District of Florida, undersigned counsel hereby certify they have contacted all other parties prior to filing this Motion and all parties consent to the relief sought herein.

On behalf of the Plaintiff Class,        Appellant,

*/s/ Steven Rosenwasser*              */s/ L. David McBride*
Steven Rosenwasser                    L. David McBride
Bondurant Mixson & Elmore LLP         732 North Santa Fe Avenue
3900 One Atlantic Center              Edmond, OK 73003
1201 West Peachtree St., NW
Atlanta, GA 30309-3417

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on June 6, 2017 and was filed with the Clerk of Court using CM/ECF, and that as a result a copy of this filing has been served upon every counsel of record.

*/s/ Brett M. Amron*
Brett M. Amron
Florida Bar No. 148342
Jeremy S. Korch
Florida Bar No. 14471
BAST AMRON LLP
One Southeast Third Avenue, Suite 1400
Miami, Florida  33131
Telephone: (305) 379-7904
*bamron@bastamron.com*
*jkorch@bastamron.com*

Steven J. Rosenwasser
Ga. Bar No. 614908
Naveen Ramachandrappa
Ga. Bar No. 422036
BONDURANT, MIXSON &
ELMORE, LLP
1201 W Peachtree St NW Ste 3900
Atlanta, Georgia  30309
404-881-4151
*rosenwasser@bmelaw.com*
*ramachandrappa@bmelaw.com*

Kevin E. Epps
G. Bar No. 785511
Adam Hoipkemier
Ga. Bar No. 745811
Jeffrey W. DeLoach
Ga. Bar No. 081669
Epps, Holloway, DeLoach &
Hoipkemier, LLC
1220 Langford Drive, Suite 101,
Bldg. 200
Watkinsville, Georgia  30677
*kevin@ehdlaw.com*
*jeff@ehdlaw.com*
*adam@ehdlaw.com*

*Counsel for Plaintiff and the Class*