UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-21147-UU

VERONICA DORADO,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On April 19, 2017, David McBride filed an appeal of the Court's March 23, 2017 Order Granting Final Approval of Class Action Settlement. D.E. 157. On May 2, 2017, David McBride posted the required $5,000 bond to appeal the Court's Order. D.E. 159. On June 5, 2017, David McBride voluntarily dismissed his appeal of the Court's March 23, 2017 Order. D.E. 160. Thus, the parties jointly request that the Court issue an Order directing the Clerk of Court to release and refund the posted $5,000 appeal bond to L. David McBride, 732 North Santa Fe Avenue, Edmond, OK 23003. D.E. 161. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 161, is GRANTED. The Clerk of Court SHALL release and refund the posted $5,000 appeal bond to L. David McBride, 732 North Santa Fe Avenue, Edmond, OK 73003.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of June, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record