UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-21147-UU

VERONICA DORADO,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

_____/

## ORDER OF REFERENCE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge ALICIA M. OTAZO-REYES to take all necessary and proper action as required by law with respect to **Class Counsel's Motion to Determine Allocation of Attorney Fee Award to Former Counsel and for Instructions for Release of Funds Held by Class Administrator (D.E. 164)**, including any motions for extension or enlargement of time that relates to such a petition. Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the magistrate judge's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of July, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record; Magistrate Judge Otazo-Reyes