

16 CV 21147                                            8-2-17

Dear Judge Ursula Ungaro

I know you are a busy person but I've have sent this request to the assigned attorney's to Case # 17-11825-B. And know one have responded to my request I've sent it to Fredric J Bold Jr. & BonDurant Mixson & Elmore. LLP. Your office responded to my letter with in a week Judge. Me and my family really need to know how the funds were distrabute among all parties You were the assigned Judge so we ask if you can contact them on our behalf.
   It will be well appreciated Judge so we can have closure.

Thank you
Eric D Taylor
&
Anjonette Taylor

313-742-7720

Control No: 38B03E1C50  00458800  79

Dorado v. Bank of America
c/o GCG
P.O. Box 10340
Dublin, OH 43017-5540

Personal ID: 38B03E1C50
Check Number: 00458800
Check Date: 07/14/2017
Check Amount: $10.69

ANJANETTE TAYLOR   23311
1449 WAYBURN ST
GROSSE POINTE PARK MI 48230-1066

Dear Class Member:

The attached check represents a payment to you as a Class Member in the *Dorado v. Bank of America, N.A.* (Case No. 1:16-cv-21147-UU) Settlement. The amount printed on the check is the full amount to which you are entitled based upon the terms of the Settlement.

**You must cash or deposit this check within 120 days from the issue date.** If you fail to do so, the check will be invalid, and you will not be entitled to any compensation from the Settlement. If this check is lost or mutilated, you must contact us in writing for a replacement.

If you have any questions, please contact the Settlement Administrator in writing at *Dorado v. Bank of America*, c/o GCG, P.O. Box 10340, Dublin, OH 43017-5540. For more information about the Settlement, please visit www.DoradoBANASettlement.com or call 1-866-990-9556.

The tax treatment of this payment is your responsibility. Neither Class Counsel, Bank of America, nor the Administrator shall have any responsibility or liability for any federal, state, or other taxes owed as a result of your Class member Award. Further, neither Class Counsel, Bank of America, nor the Administrator can provide individual tax advice. We recommend that you consult your tax adviser if you are not certain about the tax treatment of this distribution.

PLEASE DO NOT CONTACT THE COURT REGARDING THE SETTLEMENT.

---

Dorado v. Bank of America, NA
c/o GCG
P.O. Box 10340
Dublin, OH 43017-5540

**Huntington**
huntington.com

25-2/440
No. 00458800
Date 07/14/2017

**************$10.69

Ten Dollars and 69 Cents

You must cash or deposit this check within 120 days from the issue date.

Pay To The Order Of:

ANJANETTE TAYLOR
1449 WAYBURN ST

AUTHORIZED SIGNATURE

⑆00458800⑆ ⑈044000024⑈ 018933896949⑈

AnJanette Taylor
1449 Washburn
Grosse Pointe Park MI 48230

METROPLEX MI 480
02 AUG 2017 PM 2 L

JUDGE URSULA UNGARO
U.S District Court
299 E Broward Blvd #108 Fort
Lauderdale, FL 33301

33301-197799

REC'D BY _____ D.C.
AUG 06 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.